Opinion issued November 1, 2018



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00677-CV

———————————

## IN RE S.B. SYSTEMS, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, S.B. Systems, Inc., has filed a petition for a writ of mandamus, challenging the trial court's order dismissing relator's interpleader in the underlying proceeding.[1]

---

[1] The underlying case is *Chatham Steel Corporation v. S.B. Systems, Inc., Tom Wright Construction, LLC, and Ron and Sarah Knotts d/b/a Miscellaneous Solutions Fabricators*, No. 2017-25909, in the 61st District Court of Harris County, Texas, the Honorable Fredericka Phillips presiding.

We deny the petition and dismiss as moot relator's motion for a temporary stay of the trial court proceedings.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.